**852 RALPH ET AL. vs. CIRCUIT JUDGE (Shiawassee), No. 13997, 100 M., 164.**

To compel respondent to restore an order made by his predecessor, which respondent had vacated, appointing a receiver for the Owosso & Corunna Street Railway Co.

Granted May 4, 1894.

It appeared that the corporation was without a president, vice-president or secretary; that the trustees named in the mortgage given to secure the bond had refused to enforce the mortgage, and had signified their intention to resign their trust; that interest on the bonds remained unpaid; that there are tax and judgment levies and liens upon the corporate property, and that the muncipality which granted its franchise had taken proceedings to repeal the same.